IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

G&G CLOSED CIRCUIT EVENTS, LLC, : Case No. 1:23-cv-694

    Plaintiff, : Judge Matthew W. McFarland

  v. :

JUAN G. ESPINOZA, et al., :

    Defendants. :

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 19). Accordingly, the Court hereby **ORDERS** that this case is **DISMISSED** with prejudice. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND